**EXHIBIT B**



Hercules Offshore, Inc. - Subsidiaries as of 30 June 2015

