**EXHIBIT C TO THE DISCLOSURE STATEMENT**

**HERO'S PREPETITION CORPORATE STRUCTURE**

Active 19549401

# Hercules Offshore, Inc. - Subsidiaries as of 30 June 2015


