**EXHIBIT D TO THE DISCLOSURE STATEMENT**

**FINANCIAL PROJECTIONS**

**Hercules Offshore, Inc.**

| $000 | 2015E | 2016E | 2017E | 2018E |
|---|---:|---:|---:|---:|
| **Income Statement** | | | | |
| Revenues | $385,463 | $538,664 | $747,007 | $790,137 |
|   Operating Costs | 366,342 | 437,246 | 501,520 | 513,171 |
| Gross Profit | 19,120 | 101,419 | 245,488 | 276,966 |
|   General & Administrative | 68,039 | 64,792 | 67,016 | 69,124 |
| EBITDA | (48,919) | 36,627 | 178,471 | 207,842 |
|   Depreciation and Amortization | 155,411 | 163,448 | 169,885 | 172,900 |
| Operating Income | (204,329) | (126,821) | 8,587 | 34,942 |
|   Interest (Expense) | (85,589) | (46,491) | (53,038) | (53,038) |
|   Other Income (Expenses) | 261 | 455 | 197 | 215 |
|   Restructuring (Expense) | (21,680) | 0 | 0 | 0 |
| Pretax Income | (311,337) | (172,856) | (44,254) | (17,881) |
|   Income Tax (Expense) | (19,847) | (25,928) | (12,391) | (6,795) |
| Net Income (Loss) | (331,184) | (198,785) | (56,645) | (24,675) |

**Hercules Offshore, Inc.**

| $000 | 2015E | 2016E | 2017E | 2018E |
|---|---:|---:|---:|---:|
| **Balance Sheet** | | | | |
| Current Assets | | | | |
|   Cash and Equivalents | 462,278 | 146,474 | 129,543 | 165,074 |
|   Accounts Receivable, Trade | 90,868 | 140,667 | 167,485 | 171,983 |
|   Other Current Assets | 28,665 | 28,665 | 28,665 | 28,665 |
| Total Current Assets | 581,811 | 315,806 | 325,693 | 365,722 |
| | | | | |
| Net Fixed Assets | 1,531,042 | 1,635,426 | 1,575,336 | 1,509,348 |
| | | | | |
| Total Other Assets | 31,176 | 27,701 | 25,701 | 23,701 |
| | | | | |
| Total Assets | $2,144,029 | $1,978,932 | $1,926,730 | $1,898,771 |
| | | | | |
| Current Liabilities: | | | | |
|   Accounts Payable | 49,745 | 64,272 | 69,959 | 70,247 |
|   Other Accrued Liabilities | 125,717 | 122,717 | 119,717 | 116,717 |
| Total Current Liabilities | 175,462 | 186,989 | 189,676 | 186,964 |
| | | | | |
| Long-Term Debt | 437,250 | 440,250 | 443,250 | 446,250 |
| Other LT Liabilities | 26,798 | 35,829 | 24,049 | 9,520 |
| | | | | |
| Total Equity | 1,504,519 | 1,315,864 | 1,269,754 | 1,256,036 |
| | | | | |
| Total Liabilities & Stockholders' Equity | $2,144,029 | $1,978,932 | $1,926,730 | $1,898,770 |

## Hercules Offshore, Inc.

| $000 | 2015E | 2016E | 2017E | 2018E |
|---|---:|---:|---:|---:|
| **Cash Flow Statement** | | | | |
| Cash Flows From Operating Activities: | | | | |
|   Net Income | (331,185) | (198,785) | (56,645) | (24,675) |
|   Depreciation and Amortization | 155,410 | 163,448 | 169,885 | 172,900 |
|   Other | 23,877 | 25,602 | 5,195 | 2,867 |
|   Changes in Working Capital | 90,092 | (39,712) | (25,571) | (8,649) |
| Cash Flow From Operating Activities | (61,806) | (49,448) | 92,864 | 142,443 |
| | | | | |
| Cash Flows From Investing Activities: | | | | |
|   Capital Expenditures | (120,237) | (266,357) | (109,795) | (106,912) |
|   Proceeds from Asset Sales | 8,884 | - | - | - |
| Cash Flow From Investing Activities | (111,353) | (266,357) | (109,795) | (106,912) |
| | | | | |
| Cash Flows From Financing Activities: | | | | |
|   Issuance of Debt | 436,500 | - | - | - |
|   Financing Costs | (9,000) | - | - | - |
| Cash Flow From Financing Activities | 427,500 | - | - | - |
| | | | | |
| Net Change in Cash | 254,341 | (315,804) | (16,931) | 35,531 |
| Beginning Cash Balance | 207,937 | 462,278 | 146,474 | 129,543 |
| Ending Cash Balance | 462,278 | 146,474 | 129,543 | 165,074 |

## A. Unaudited Financial Projections

The Debtors believe that the Plan meets the feasibility requirement set forth in section 1129(a)(11) of the Bankruptcy Code, as confirmation is not likely to be followed by liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan. In connection with the development of a plan of reorganization and for the purposes of determining whether such plan would satisfy this feasibility standard, the Debtors analyzed their ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources. The Debtors prepared financial projections (the "Projections") for the balance of the 2015 calendar year, and for 2016 through 2018 (the "Projection Period"). The Debtors do not, as a matter of course, publish their business plans or strategies, projections or anticipated financial position. Accordingly, the Debtors do not anticipate that they will, and disclaim any obligation to, furnish updated business plans or projections to holders of Claims or other parties in interest after the Confirmation Date, or to include such information in documents required to be filed with the SEC or otherwise make such information public, unless required to do so by the SEC or other regulatory body pursuant to the provisions of the Plan.

In connection with the planning and development of the Plan, the Projections were prepared by the Debtors to present the anticipated impact of the Plan. The Projections assume that the Plan will be implemented in accordance with its stated terms. However, the Projections do not include the impact of fresh start accounting. The Projections are based on forecasts of key economic variables and may be significantly impacted by, among other factors, oil and natural gas prices and our expectations about future commodity prices, the level of activity of oil and natural gas exploration, development and production in the U.S. Gulf of Mexico and internationally, the demand and day rates for the Company's drilling services, competition and supply of competing rigs and liftboats, changes in the political environment of the countries where the Company operates, regulatory changes and/or a variety of other factors, **including those factors listed in Article XI of the Disclosure Statement entitled Certain Risk Factors to be Considered**. Accordingly, the estimates and assumptions underlying the Projections are inherently uncertain and are subject to significant business, economic and other uncertainties. Therefore, such Projections, estimates and assumptions are not necessarily indicative of current values or future performance, which may be significantly less or more favorable than set forth herein.

The Projections included herein were finalized in July 2015. The Projections should be read in conjunction with the significant assumptions, qualifications and notes set forth below.

THE DEBTORS PREPARED THE PROJECTIONS WITH THE ASSISTANCE OF THEIR PROFESSIONALS. THE DEBTORS DID NOT PREPARE SUCH PROJECTIONS TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS AND THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION. EXCEPT FOR PURPOSES OF THE DISCLOSURE STATEMENT, THE DEBTORS DO NOT PUBLISH PROJECTIONS OF THEIR ANTICIPATED FINANCIAL POSITION OR RESULTS OF OPERATIONS.

MOREOVER, THE PROJECTIONS CONTAIN CERTAIN STATEMENTS THAT ARE "FORWARD-LOOKING STATEMENTS" WITHIN THE MEANING OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995. THESE STATEMENTS ARE SUBJECT TO A NUMBER OF ASSUMPTIONS, RISKS, AND UNCERTAINTIES, MANY OF WHICH ARE BEYOND THE CONTROL OF THE DEBTORS, INCLUDING THE IMPLEMENTATION OF THE PLAN, THE CONTINUING AVAILABILITY OF SUFFICIENT BORROWING CAPACITY OR OTHER

FINANCING TO FUND OPERATIONS, ACHIEVING OPERATING EFFICIENCIES, EXISTING AND FUTURE GOVERNMENTAL REGULATIONS AND ACTIONS OF GOVERNMENTAL BODIES, INDUSTRY-SPECIFIC RISK FACTORS (AS DETAILED IN SECTION XI. OF THIS DISCLOSURE STATEMENT ENTITLED "CERTAIN RISK FACTORS TO BE CONSIDERED"), AND OTHER MARKET AND COMPETITIVE CONDITIONS. HOLDERS OF CLAIMS AND INTERESTS ARE CAUTIONED THAT THE FORWARD-LOOKING STATEMENTS SPEAK AS OF THE DATE MADE AND ARE NOT GUARANTEES OF FUTURE PERFORMANCE. ACTUAL RESULTS OR DEVELOPMENTS MAY DIFFER MATERIALLY FROM THE EXPECTATIONS EXPRESSED OR IMPLIED IN THE FORWARD-LOOKING STATEMENTS, AND THE DEBTORS UNDERTAKE NO OBLIGATION TO UPDATE ANY SUCH STATEMENTS.

THE PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY THE DEBTORS, MAY NOT BE REALIZED AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, INDUSTRY, REGULATORY, LEGAL, MARKET, AND FINANCIAL UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE REORGANIZED DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE OR ARE MADE AS TO THE ACCURACY OF THE PROJECTIONS OR TO THE REORGANIZED DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL BE INCORRECT. MOREOVER, EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE DEBTORS PREPARED THESE PROJECTIONS MAY BE DIFFERENT FROM THOSE ASSUMED, OR, ALTERNATIVELY, MAY HAVE BEEN UNANTICIPATED, AND THUS THE OCCURRENCE OF THESE EVENTS MAY AFFECT FINANCIAL RESULTS IN A MATERIALLY ADVERSE OR MATERIALLY BENEFICIAL MANNER. EXCEPT AS OTHERWISE PROVIDED IN THE PLAN OR THIS DISCLOSURE STATEMENT, THE DEBTORS AND REORGANIZED DEBTORS, AS APPLICABLE, DO NOT INTEND AND UNDERTAKE NO OBLIGATION TO UPDATE OR OTHERWISE REVISE THE PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THE DISCLOSURE STATEMENT IS INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THEREFORE, THE PROJECTIONS MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS AND SHOULD CONSULT WITH THEIR OWN ADVISORS.

The Projections should be read in conjunction with the assumptions, qualifications, and explanations set forth in this Disclosure Statement, and the Plan in their entirety, and the historical consolidated financial statements (including the notes and schedules thereto).

## B. Assumptions to the Projections

### 1. General Assumptions

*Overview.* The Debtors and their subsidiaries are a leading provider of shallow-water drilling and marine services to the oil and natural gas exploration and production industry globally. The Debtors provide these services to national oil and gas companies, major integrated energy companies and independent oil and natural gas operators. As of June 30, 2015, the Debtors and their subsidiaries operated a fleet of 27 jackup rigs, including one rig under construction, and 24 liftboat vessels. The Company's diverse fleet is capable of providing services such as oil and gas exploration and development drilling, well service, platform inspection, maintenance and decommissioning operations in several key shallow-water provinces around the world.

*Presentation.* The Projections are presented on a consolidated basis, including estimates of operating results for Debtor and non-Debtor entities, combined.

*Methodology.* In developing the Projections, the Debtors reviewed the current contracted status of their offshore jackup rigs and liftboats and made an assessment of whether or not these contracts were likely to continue or additional contracts were likely to be signed. The forecast was developed on a rig by rig basis and the Debtors evaluated the likelihood of each of their rigs and liftboats being utilized over the forecast period.

*Plan Consummation.* The Projections assume that a Plan will be confirmed or consummated on or about October 1, 2015.

### 2. Assumptions With Respect to the Projected Income Statement

*Revenues.* In the Projections, Revenues are forecasted based on expected day rates and utilization for existing contracts and expectations around additional contracts for each rig and lift boat.

*Operating Costs.* Operating Costs are projected based on historical daily regional operating costs and expected utilization of each rig and liftboat based on current contracts and expectations around additional contracts.

*General and Administrative.* General and Administrative Costs are primarily comprised of labor costs and other expenses associated with the Debtors' corporate overhead. It also includes amounts related to G&A associated with the rigs and liftboats. Corporate G&A is based on historical G&A costs, adjusted for recent cost reduction efforts. Expected annual growth rates were then applied over the forecast period. Rig and liftboat segment G&A is based on historical costs with varying growth rates applied based on the market trends by segment.

*Depreciation and Amortization.*  Depreciation and Amortization reflects the anticipated depreciation and amortization of the existing fleet, based on current net book values, with the inclusion of depreciation associated with the *Hercules Highlander* after June 2016.

*Interest Expense.*  Interest expense post-emergence is forecasted based on the Debtors' proposed exit financing as more fully described in Exhibit H of the Disclosure Statement.

*Income Tax (Expense) Benefit.*  Income tax is estimated based on the jurisdictional mix of the Company's projected revenue.

**Assumptions with Respect to the Projected Balance Sheet and Projected Statement of Cash Flows**

*Working Capital.*  Working capital assumptions are based on historical DSO and DPO for accounts receivables and accounts payable, respectively.

*Proforma Adjustments Related to Emergence and Exit Financing.* The 2015 Balance Sheet included in the Projections presents a proforma view of October 2015, assuming the effect of certain adjustments related to the Debtors' emergence from bankruptcy and obtaining related exit financing. These adjustments primarily relate to the conversion of the Debtors Senior Notes into equity as more fully described in Article VII.B.3. of the Disclosure Statement and the incurrence of the Exit Financing as more fully described in Article VII.C and Exhibit H of the Disclosure Statement. While the 2015 – 2018 Projections roll-forward the effect of such proforma adjustments, "fresh start" accounting principles have not been applied.

*Capital Expenditures.* Projections for expenditures were prepared with consideration of the Debtors' current equipment inventory and estimates for growth.  Capital Expenditures primarily relate to ongoing maintenance of the Debtors' existing jackup rigs and liftboats, with the exception of approximately $200 million of capital expenditures expected to occur in 2016 related to the completion of the Hercules Highlander.