**EXHIBIT G TO THE DISCLOSURE STATEMENT**

**FLEET STATUS REPORT AS OF JUNE 23, 2015**



# Hercules Offshore
## Monthly Rig Fleet Status Report
### as of
### June 23, 2015

| # | Rig Name | Rig Type | Location | Customer / Status (1) | Contract (2) Dayrate ($000s) | Est. Duration (3) Days | Est. Duration (3) Date | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Domestic Offshore**

| # | Rig Name | Rig Type | Location | Customer / Status (1) | Dayrate ($000s) | Days | Date | Comments |
|---|---|---|---|---|---|---|---|---|
| 1 | Hercules 150 | 150' - ILC | GOM | Warm Stacked | | | | |
| 2 | Hercules 173 | 173' - MC | GOM | Chevron | 69-71 | 99 | 09/30/15 | |
| 3 | Hercules 201 | 200' - MC | GOM | Warm Stacked | | | | |
| 4 | Hercules 205 | 200' - MC | GOM | Byron Energy | 69-71 | 8 | 07/01/15 | Contract commenced 06/22/2015. |
| 5 | Hercules 209 | 200' - MC | GOM | Warm Stacked | | | | |
| 6 | Hercules 263 | 250' - MC | GOM | Tana | 69-71 | 4 | 06/27/15 | |
| 7 | Hercules 264 | 250' - MC | GOM | Linder | 69-71 | 39 | 08/01/15 | Contract commenced 06/01/2015. |
| 8 | Hercules 300 | 300' - MC | GOM | Arena | 103-105 | 39 | 08/01/15 | |
| 9 | Hercules 350 | 350' - ILC | GOM | Arena | 99-101 | 38 | 07/31/15 | |
| | | | | **Average (4)** | | 25 days | | |
| 10 | Hercules 120 | 120' - MC | GOM | Cold Stacked 02/2015 | | | | |
| 11 | Hercules 200 | 200' - MC | GOM | Cold Stacked 01/2015 | | | | |
| 12 | Hercules 202 | 200' - MC | GOM | Cold Stacked 10/2014 | | | | |
| 13 | Hercules 204 | 200' - MC | GOM | Cold Stacked 10/2014 | | | | |
| | Hercules 207 | 200' - MC | GOM | Cold Stacked 01/2009 | | | | Sold in June for approximately $1.8 million. |
| | Hercules 211 | 200' - MC Workover | GOM | Cold Stacked 01/2009 | | | | Sold in June for approximately $1.8 million. |
| 14 | Hercules 212 | 200' - MC | GOM | Cold Stacked 10/2014 | | | | |
| 15 | Hercules 213 | 200' - MC | GOM | Cold Stacked 11/2014 | | | | |
| 16 | Hercules 214 | 200' - MC | GOM | Cold Stacked 01/2015 | | | | |
| 17 | Hercules 251 | 250' - MS | GOM | Cold Stacked 01/2015 | | | | |
| 18 | Hercules 253 | 250' - MS | GOM | Cold Stacked 01/2015 | | | | |



## Hercules Offshore
## Monthly Rig Fleet Status Report
## as of
## June 23, 2015

|  | Rig Name | Rig Type | Location | Customer / Status (1) | Contract (2) Dayrate ($000s) | Est. Duration (3) Days | Est. Duration (3) Date | Comments |
|---|---|---|---|---|---|---|---|---|
| **International Offshore** | | | | | | | | |
| 1 | Hercules Highlander | 400' - ILC | Singapore UK | Under Construction En route Maersk Oil UK | 224-226 | 1,826 | 04/20/16 07/31/16 07/31/21 | Company to receive mobilization fee of approximately $9 million. |
| 2 | Hercules Resilience | 400' - ILC | Gabon | Ready Stacked | | | | |
| 3 | Hercules Triumph | 400' - ILC | Netherlands | Ready Stacked | | | | |
| 4 | Hercules 208 | 200' - MC | Malaysia | Warm Stacked | | | | |
| 5 | Hercules 260 | 250' - ILC | Gabon | ENI | 74-76 | 1,756 | 04/13/20 | Contract commenced 04/13/2015. See footnote (5). |
| 6 | Hercules 261 | 250' - ILC | Saudi Arabia | Saudi Aramco | 66-68 135-137 | 557 1,002 | 12/31/16 09/29/19 | Contract was reinstated 06/01/2015. Rate reduction effective 01/01/2015 through 12/31/2016. |
| 7 | Hercules 262 | 250' - ILC | Saudi Arabia | Saudi Aramco | 66-68 117-119 | 557 1,042 | 12/31/16 11/08/19 | Rate reduction effective 01/01/2015 through 12/31/2016. |
| 8 | Hercules 266 | 250' - ILC | Saudi Arabia | Saudi Aramco | 66-68 | 160 | 11/30/15 | Rate reduction effective 01/01/2015 through the remaining term of its contract. See footnote (6). |
| 9 | Hercules 267 | 250' - ILC | Gabon | Ready Stacked | | | | |
| | | | | | **Average (4)** | 767 days | | |
| | Perisai Pacific 101 | 400' - ILC | Malaysia | Petronas Carigali | Undisclosed | 773 | 08/04/17 | See footnote (7). |
| | Perisai Pacific 102 | 400' - ILC | Singapore | Under Construction | | | 06/30/15 | See footnote (7). |

(1) Rigs with a Customer named are under contract, while rigs described as "Ready Stacked" are not under contract, but generally are ready for service. Rigs described as "Warm Stacked" are actively marketed and may have a reduced number of crew, but require a full crew to be ready for service. Rigs described as "Cold Stacked" are not actively marketed, normally require the hiring of an entire crew and require a maintenance review and refurbishment before they can function as a drilling rig. Rigs described as "Shipyard" are undergoing maintenance, repairs, upgrades and may or may not be actively marketed depending on the length of stay in the shipyard. Rigs described as "en route" are in the process of moving to and from various locations, and may or may not be earning revenue during this period.

(2) Contract dayrates shown in the table above are full contract operating dayrates, which may include estimated contractual adjustments for changes in operating costs and reimbursable cost items for operating expenses such as crew and may also include additional services and personnel that may be requested by the customer from time-to-time. However, the dayrates do not include certain non-recurring revenues such as lump sum mobilizations and demobilizations. The actual dayrate over the term of the contract could be lower and could be substantially lower and or subject to numerous risks as disclosed in the Company's filings with the Securities and Exchange Commission. Lower dayrates typically apply when the rig is under contract but not fully operating, including periods when the rig is moving, waiting on weather, on standby, down for repairs or maintenance or during other operational delays or events of force majeure.

(3) Estimated contract duration is an estimate based on current belief by our customers as to the remaining days to complete the project, subject to the satisfaction of regulatory or permitting requirements that are in effect, including those that may impact the ability of our customers to timely obtain drilling permits.

(4) Average backlog based on rigs available for hire and actively marketed.

(5) Dayrate recalculated quarterly and ranges from a minimum of $75,000 when Crude Oil Brent price is $86/bbl or less, to a maximum of $125,000 when Crude Oil Brent price is $125/bbl or more.

(6) Contract expiration between 09/30/2015 and three years post commencement of contract (04/08/2013) at discretion of customer.

(7) Hercules Offshore ("Hercules") acts as operations and maintenance manager for the rig, owned by a wholly-owned subsidiary of Perisai Petroleum Teknologi Bhd ("Perisai"). Hercules will receive a daily management fee of approximately $4,000 per rig, payable starting at the contract commencement date, and a daily operational fee equal to 12% of the rig-based EBITDA. Hercules will be reimbursed for all operating expenses and Perisai will pay for all capital expenditures with respect to the rig.



**Hercules Offshore**
**Liftboat Fleet Status Report**
**for the month ended**
**May 31, 2015**

| Leg Length/ Liftboat Class (Feet) | Total Number of Liftboats | Actively Marketed Liftboats[1] | Revenue Per Day Per Liftboat[2] | Operating Days | Utilization[3] | Comments |
|---|---|---|---|---|---|---|
| 230-280 | 4 | 4 | $ 42,806 | 62 | 50% | |
| 170-215 | 6 | 6 | $ 16,164 | 103 | 55% | |
| 140-150 | 4 | 4 | $ 14,024 | 105 | 85% | Two vessels in shipyard during July |
| 120-130 | 7 | 7 | $ 9,774 | 62 | 29% | |
| 105 | 3 | 2 | $ 8,989 | 31 | 50% | |
| Total/Average | 24 | 23 | $ 18,391 | 363 | 51% | |

(1) Actively marketed liftboats excludes one West Africa cold stacked liftboat.
(2) Includes reimbursables.
(3) Utilization is defined as the total number of operating days in the period as a percentage of the total number of calendar days in the period our liftboats were actively marketed.

The information and statements made in the Fleet Status Report that are not historical facts are forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. These forward-looking statements include statements concerning estimated contract expiration dates, dayrates, estimated dates for completion of repairs and upgrades and commencement dates of new contracts, discussions with customers, as well as information that may be affected by delays in obtaining drilling permits in the Gulf of Mexico. Such statements are subject to a number of risks, uncertainties and assumptions, including without limitation, early termination by the customer pursuant to the contract or otherwise, cancellation or completion of certain contracts earlier than expected, our ability to renew or extend contracts, or enter into new contracts, when such contracts expire, the potential inability of our customers to obtain drilling permits that would cover the entire duration of our contracts in the U.S. Gulf of Mexico or otherwise satisfy regulatory requirements that may be then in effect, operational difficulties, shipyard, immigration and other delays, government and regulatory actions and other factors described in the Company's annual report on Form 10-K and its most recent periodic reports and other documents filed with the Securities and Exchange Commission, which are available free of charge at the SEC's website at www.sec.gov or the company's website at www.herculesoffshore.com. The Company cautions you that forward-looking statements are not guarantees of future performance and that actual results or developments may differ materially from those projected or implied in these statements.