# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HERCULES OFFSHORE, INC., et al. | ) Case No. 15-11685 (KJC) |
| | ) |
| Debtors.[1] | ) (Joint Administration Requested) |

## DEBTORS' NOTICE OF HEARING ON VARIOUS
## MOTIONS AND APPLICATIONS FOR FIRST-DAY RELIEF

**PLEASE TAKE NOTICE** that on August 13, 2015, Hercules Offshore, Inc. and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, under the protection of the automatic stay against, among other things, the commencement or continuation of actions by creditors to recover, exercise control over or collect property of the Debtors pursuant to section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") will be held before the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801, on **August 14, 2015 at 11:00 a.m. (ET)** on the following motions, applications and supporting documents requesting certain "first day" relief (collectively, the "First Day

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Liftboat Company, LLC (0791); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (6326).

Motions"), which were filed by the Debtors in connection with their chapter 11 cases (the "Cases"):

| D.I. NO. | FIRST DAY MOTIONS AND APPLICATIONS |
|---|---|
| 2 | Declaration Of Troy L. Carson In Support Of First Day Motions |
| 3 | Debtors' Motion For An Order Directing Joint Administration Of Chapter 11 Cases |
| 4 | Debtors' Motion For Entry Of An Order (I) Authorizing The Debtors To File (A) Consolidated List Of Creditors And (B) Consolidated List Of Debtors' Top Thirty-Five Creditors; (II) Waiving The Requirement To File A List Of Equity Security Holders; (III) Extending The Time, And, Upon Plan Confirmation, Waiving The Requirement, To File Schedules And Statements Of Financial Affairs; (IV) Waiving The Requirement To Convene The Section 341(A) Meeting Of Creditors; (V) Limiting Notice Required Under Bankruptcy Rule 2002; (VI) Conditionally Waiving (A) The Staffing And Budget Requirements Of The U.S. Trustee Fee Guidelines And (B) Any Applicable Requirement To Appoint A Fee Examiner; And (VII) Granting Related Relief |
| 5 | Application Of Hercules Offshore, Inc., *et al.*, For Appointment Of Prime Clerk LLC As Claims And Noticing Agent |
| 6 | Motion Of Hercules Offshore, Inc., *et al.*, For Interim And Final Orders Authorizing, But Not Directing, The Debtors To (I) Pay Prepetition Wages, Salaries And Other Compensation, (II) Pay Prepetition Payroll Taxes And Benefits And Continue Benefit Programs In The Ordinary Course, And (III) Direct Banks To Honor Checks For Payment Of Prepetition Employee Payment And Program Obligations |
| 7 | Motion Of Hercules Offshore, Inc., *et al.*, For Entry Of An Order Authorizing The Debtors To Pay Prepetition Claims Of General Unsecured Creditors In The Ordinary Course Of Business |
| 8 | Motion Of Hercules Offshore, Inc., *et al.*, For Entry Of Interim And Final Orders Authorizing, But Not Directing, The Debtors To Pay Certain Taxes |
| 9 | Motion Of Hercules Offshore, Inc., *et al.*, For Authorization To: (1) Continue Pre-Petition Insurance Program And (2) Pay Any Pre-Petition Premiums And Related Obligations |
| 10 | Motion Of Hercules Offshore, Inc., *et al.*, For Entry Of Interim And Final Orders (A) Authorizing The Debtors To (I) Continue To Operate Their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, And (IV) Continue To Perform Intercompany Transactions, (B) Authorizing And Directing The Debtors' Banks To Honor All Related Payment Requests, (C) Waiving The Debtors' Compliance With Investment Guidelines Set Forth In Section 345(b) Of The Bankruptcy Code And (D) Granting Related Relief |
| 11 | Motion Of Hercules Offshore, Inc., *et al.*, For Interim And Final Orders (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service; (II) Deeming Utilities Adequately Assured Of Future Performance; And (III) Establishing Procedures For Determining Adequate Assurance Of Payment |

| | |
|---|---|
| 14 | Motion Of Hercules Offshore, Inc., *et al.*, For Entry Of An Order (A) Scheduling A Combined Disclosure Statement Approval And Plan Confirmation Hearing, (B) Establishing A Plan And Disclosure Statement Objection Deadline And Related Procedures, (C) Approving The Solicitation Procedures, (D) Approving The Confirmation Hearing Notice, And (E) Approving Procedures For Equity Holders To Opt Out Of Releases |
| D.I. NO. | SCHEDULING MOTIONS |
| 13 | Debtors' Motion For Entry Of An Order Shortening Time For Notice Of A Hearing To (A) Consider The Motion Of Hercules Offshore, Inc., *et al.*, For Authorization To (I) Assume Restructuring Support Agreement And (II) Pay And Reimburse Related Fees And Expenses And (B) Setting Related Dates And Deadlines |
| TBD | Debtors' Motion For Entry Of An Order Shortening Time For Notice Of A Hearing To (I) Consider The Motion Of Hercules Offshore, Inc., *et al.*, For An Order (I) Authorizing (A) Assumption Of Exit Financing Commitment Letter, (B) Payment Of Related Fees And Expenses, And (C) Indemnification Of Commitment Parties And (II) (A) Approving Subscription Procedures For Other Pre-Petition Noteholders To Participate In The Proposed First Lien Exit Facility And (B) Authorizing The Subscription Process With Respect To The Other Pre-Petition Noteholders And (II) Setting Related Dates And Deadlines |

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's web site at www.deb.uscourts.gov. Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents. Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856. Additionally, copies of the First Day Motions are available for download from the website of the Debtors' proposed claims, notice and balloting agent, Prime Clerk LLC, at http://cases.primeclerk.com/hercules. Requests for copies of the First Day Motions and further information regarding the First Day Hearing may also be made to proposed counsel for the Debtors at the telephone numbers listed below.

| | |
|---|---|
| Dated: August 13, 2015<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Tamara K. Minott*<br>Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>Tamara K. Minott (No. 5643)<br>1201 N. Market St., 16th Flr.<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>eschwartz@mnat.com<br>mharvey@mnat.com<br>tminott@mnat.com<br><br>- and -<br><br>BAKER BOTTS LLP<br>Emanuel C. Grillo (pro hac vice pending)<br>Christopher Newcomb (pro hac vice pending)<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 892-4000<br>emanuel.grillo@bakerbotts.com<br>chris.newcomb@bakerbotts.com<br><br>- and -<br><br>James Prince II (pro hac vice pending)<br>C. Luckey McDowell (pro hac vice pending)<br>Meggie S. Gilstrap (pro hac vice pending)<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br>jim.prince@bakerbotts.com<br>luckey.mcdowell@bakerbotts.com<br>meggie.gilstrap@bakerbotts.com<br><br>*Proposed Counsel for Debtors*<br>*and Debtors in Possession* |

9368111.3