**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HERCULES OFFSHORE, INC., *et al.* | ) | Case No. 15-11685 (KJC) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date:** **September 24, 2015 at 10:00 a.m. (ET)** |
| | ) | **Objections Due:** **September 17, 2015 at 4:00 p.m. (ET)** |

**NOTICE OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BAKER BOTTS L.L.P. AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

PLEASE TAKE NOTICE that on September 4, 2015, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the **Debtors' Application For Entry Of An Order Authorizing The Retention And Employment Of Baker Botts L.L.P. As Counsel For The Debtors And Debtors In Possession Effective *Nunc Pro Tunc* To The Petition Date** (the "Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the approval of the relief requested in the Application must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 17, 2015 at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) be served as to be received on or before the Objection Deadline by:

(a) the Debtors, Hercules Offshore, Inc., 9 Greenway Plaza, Suite 2200, Houston, Texas 77046 Attn: Beau M. Thompson;

(b) proposed counsel for the Debtors, Baker Botts LLP, 30 Rockefeller Plaza, New York, NY 10112 Attn: Emanuel C. Grillo and 2001 Ross Avenue, Dallas, TX

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Liftboat Company, LLC (0791); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (6326). The Debtors' corporate headquarters is located at 9 Greenway Plaza, Suite 2200, Houston, Texas 77046.

75201 Attn: James Prince II and Morris, Nichols, Arsht & Tunnell, LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware, 19810, Attn: Robert J. Dehney;

(c) counsel for the Steering Group, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036 Attn: Arik Preis and Michael S. Stamer; and

(d) the U.S. Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Benjamin A. Hackman, Esq.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON **SEPTEMBER 24, 2015 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

*[Signature follows]*

Dated: September 4, 2015
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Tamara K. Minott*
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
Tamara K. Minott (No. 5643)
1201 N. Market St., 16th Flr.
PO Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
eschwartz@mnat.com
mharvey@mnat.com
tminott@mnat.com

- and -

BAKER BOTTS LLP
Emanuel C. Grillo (admitted pro hac vice)
Christopher Newcomb (admitted pro hac vice)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 892-4000
emanuel.grillo@bakerbotts.com
chris.newcomb@bakerbotts.com

- and -

James Prince II (admitted pro hac vice)
C. Luckey McDowell (admitted pro hac vice)
Meggie S. Gilstrap (admitted pro hac vice)
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
jim.prince@bakerbotts.com
luckey.mcdowell@bakerbotts.com
meggie.gilstrap@bakerbotts.com

*Proposed Counsel for Debtors and Debtors in Possession*

9435144.1