## **EXHIBIT B-1**

**Grillo Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HERCULES OFFSHORE, INC., *et al.* | ) | Case No. 15-11685 (KJC) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

### DECLARATION OF EMANUEL C. GRILLO IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BAKER BOTTS L.L.P. AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE

I, Emanuel C. Grillo, being duly sworn, state the following under penalty of perjury:

1.        I am a partner in the law firm of Baker Botts L.L.P. ("Baker Botts"), in its office located at 30 Rockefeller Plaza, New York, New York, 10112.  I am a member in good standing of the State Bar of New York.  There are no disciplinary proceedings pending against me.

2.        I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Baker Botts L.L.P. as Counsel for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* (the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### BAKER BOTTS' QUALIFICATIONS

3.        The Debtors seek to retain Baker Botts because of Baker Botts' recognized expertise and extensive experience and knowledge in the oil and gas industry and with debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Liftboat Company, LLC (0791); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (6326).
[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code. With restructuring professionals in New York and Texas, Baker Botts has been actively involved in major chapter 11 cases and has represented debtors and significant stakeholders in many cases, particularly in the energy industry. For example, Baker Botts represented Global Geophysical Services, a publicly traded global oil and gas seismic company that reorganized and exited bankruptcy in February 2015, ASARCO, and Pacific Lumber Company in their respective chapter 11 cases. Baker Botts also represented NRG Energy, Inc. in its acquisition of Edison Mission Energy through a chapter 11 plan of reorganization in 2014 and is currently representing Hunt Consolidated in the Energy Future Holdings cases in this District.

4.      In preparing for its representation of the Debtors in these chapter 11 cases, Baker Botts has become familiar with the Debtors' businesses, debt structure, and many of the legal issues that may arise in the context of these chapter 11 cases. Baker Botts represented HERO in connection with its initial public offering of equity securities more than 10 years ago, has represented HERO in connection with various corporate, litigation and other matters for many years, and has provided general finance counsel to the Debtors for more than 10 years prior to the Debtors' bankruptcy filing. In preparation for this filing, Baker Botts also advised the company in connection with the evaluation of competing restructuring proposals and represented the Debtors in the negotiation and drafting of the Restructuring Support Agreement, the Plan, the Disclosure Statement and related implementation documents. I believe that Baker Botts is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

## SERVICES TO BE PROVIDED

5.      Subject to further order of the Court and consistent with the Engagement Letter,

the Debtors request the retention and employment of Baker Botts to render the following legal

services:

   a.    advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

   b.    advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

   c.    attending meetings and negotiating with representatives of creditors and other parties in interest;

   d.    taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

   e.    preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

   f.    representing the Debtors in connection with negotiation, documentation and obtaining authority to enter into financing arrangements as may be required including, but not limited to, the exit financing contemplated by the Plan;

   g.    advising the Debtors in connection with any potential sale of assets;

   h.    appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

   i.    advising the Debtors regarding tax matters;

   j.    representing the Debtors and their current and former officers and directors in connection with any securities-based lawsuits and/or SEC inquiries;

   k.    taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto, in particular the Plan and Disclosure statement on file with the Court; and

l.    performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

### PROFESSIONAL COMPENSATION

6.    Baker Botts intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Baker Botts will use in these chapter 11 case are comparable to the hourly rates and corresponding rate structure that Baker Botts uses for its work in other bankruptcy and non-bankruptcy matters, regardless of whether a fee application is required.  These rates and the rate structure reflect that Baker Botts' work is often national in scope and involves great complexity, high stakes, and severe time pressures.  Baker Botts will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

7.    Baker Botts operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.  Prior to the Petition Date, Baker Botts charged the Debtors at a preferred rate that incorporates a discount of approximately 10-15% off of Baker Botts' standard billing rates. Baker Botts will maintain this same rate structure for post-bankruptcy, pre-confirmation time periods in 2015.  Baker Botts did not vary its rates based on the filing of the bankruptcy cases or the geographic location of the bankruptcy cases.

4

8.    Baker Botts' current standard hourly rates range as follows:

| Billing Category | Range |
|---|---|
| Partners | $750.00 - $1,250.00 |
| Special Counsel | $600.00 - $1,000.00 |
| Associates | $400.00 - $700.00 |
| Paraprofessionals | $165.00 - $325.00 |

9.    The following professionals presently are expected to have primary responsibility for providing services to the Debtors, and their respective rates for this matter are set forth below:

| Timekeeper | Rate |
|---|---|
| Grillo, Emanuel C. | $1,050.00 |
| McDowell, Luckey | $750.00 |
| Prince, Jim | $850.00 |
| Weedon, Luke | $800.00 |

10.    In addition, other Baker Botts professionals and paraprofessionals will provide services to the Debtors.[3]   A complete list of Baker Botts professionals who are expected to provide services in connection with these chapter 11 cases and their hourly rates for this matter are attached as Exhibit B-2.  In every instance, the rate is less than the individual's standard billing rate.

11.    Baker Botts did not agree to any variations from, or alternatives to, Baker Botts' customary billing arrangements for this engagement, except for the preferred rate described above that incorporates a discount of approximately 10-15% off of Baker Botts' standard billing rates.  None of the professionals included in this engagement varied their rate based on the geographic location of these chapter 11 cases.

---

[3] Although Baker Botts does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Baker Botts will not charge a markup to the Debtors with respect to fees billed by such attorneys.   Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Baker Botts will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

12.     Baker Botts' hourly rates are set at a level designed to fairly compensate Baker Botts for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[4]

13.     It is Baker Botts' policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Baker Botts' policy to charge its clients only the amount actually incurred by Baker Botts in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

14.     Baker Botts will charge the Debtors for photocopy and facsimile expenses consistent with the United States Trustee guidelines in these chapter 11 cases.  Baker Botts has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

### COMPENSATION RECEIVED BY BAKER BOTTS FROM THE DEBTORS

15.     Baker Botts has provided, and agrees to continue to provide, assistance to the Debtors in accordance with the terms and conditions set forth in the Application and Engagement Letter.  The Debtors paid a $100,000.00 retainer to Baker Botts on March 13, 2015, which was increased to $250,000.00 on April 22, 2015, and further increased to $500,000.00 on June 2, 2015.  Baker Botts invoices the Debtor on a periodic basis for a variety of different matters,

---

[4] Baker Botts will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases during the period from the Petition Date through confirmation of Debtors' chapter 11 plan.

including matters related to the preparation of the chapter 11 cases, and the Debtors typically pay those invoices by wire shortly after receiving the invoices, such that the amount on retainer has always exceeded the billed and unbilled amounts in the 90-day period before the Petition Date. The invoiced amounts that Baker Botts has sent to the Debtors for professional services and for the reimbursement of reasonable and necessary expenses and retainer replenishments during the 90-day period before the Petition Date are set forth in the chart below.

| Type of Transaction | Billed Amount | Invoice Date | Invoice Payment Date | Retainer Balance | Net Amount |
|---|---|---|---|---|---|
| Retainer Balance as of May 15, 2015 | | | | $250,000.00 | |
| Aggregate amount of invoices outstanding as of May 15, 2015 | $74,237.57 | Before May 15, 2015 | | | $175,762.43 |
| Invoice | $1,450.00 | May 22, 2015 | | | $174,312.43 |
| Invoice | $1,749.53 | May 22, 2015 | | | $172,562.90 |
| Invoice | $82,279.58 | May 22, 2015 | | | $90,283.32 |
| Direct Invoice Payment | ($1,450.00) | | May 26, 2015 | | $91,733.32 |
| Direct Invoice Payment | ($1,749.53) | | May 26, 2015 | | $93,482.85 |
| Direct Invoice Payment | ($82,279.58) | | May 26, 2015 | | $175,762.43 |
| Retainer Increase | ($250,000.00) | | June 2, 2015 | $500,000.00 | $425,762.43 |
| Invoice | $61,092.16 | June 2, 2015 | | | $364,670.27 |
| Invoice | $2,635.00 | June 2, 2015 | | | $362,035.27 |
| Invoice | $105,192.34 | June 2, 2015 | | | $256,842.93 |
| Direct Invoice Payment | ($430.00) | | June 4, 2015 | | $257,272.93 |
| Direct Invoice Payment | ($23,137.57) | | June 4, 2015 | | $280,410.50 |
| Direct Invoice Payment | ($45,600.00) | | June 4, 2015 | | $326,010.50 |
| Invoice | $11,555.00 | June 8, 2015 | | | $314,455.50 |
| Invoice | $23,094.00 | June 16, 2015 | | | $291,361.50 |
| Invoice | $188,687.81 | June 18, 2015 | | | $102,673.69 |
| Direct Invoice Payment | ($23,094.00) | | June 19, 2015 | | $125,767.69 |
| Direct Invoice Payment | ($1,200.00) | | June 19, 2015 | | $126,967.69 |
| Direct Invoice Payment | ($188,687.81) | | June 19, 2015 | | $315,665.50 |
| Direct Invoice Payment | ($3,870.00) | | July 1, 2015 | | $319,525.50 |
| Direct Invoice Payment | ($2,635.00) | | July 1, 2015 | | $322,160.40 |
| Direct Invoice Payment | ($11,555.00) | | July 1, 2015 | | $333,715.50 |
| Direct Invoice Payment | ($61,092.16) | | July 1, 2015 | | $394,807.66 |

| Type of Transaction | Billed Amount | Invoice Date | Invoice Payment Date | Retainer Balance | Net Amount |
|---|---|---|---|---|---|
| Direct Invoice Payment | ($105,192.34) | | July 1, 2015 | | $500,000.00 |
| Invoice | $16,621.90 | July 8, 2015 | | | $483,378.10 |
| Invoice | $8,000.38 | July 8, 2015 | | | $475,377.72 |
| Invoice | $361,057.88 | July 9, 2015 | | | $114,319.84 |
| Direct Invoice Payment | ($16,621.90) | | July 10, 2015 | | $130,941.74 |
| Direct Invoice Payment | ($8,000.38) | | July 10, 2015 | | $138,942.12 |
| Direct Invoice Payment | ($361,057.88) | | July 10, 2015 | | $500,000.00 |
| Invoice | $1,785.00 | July 12, 2015 | | | $498,215.00 |
| Invoice | $7,951.90 | August 4, 2015 | | | $490,263,10 |
| Invoice | $17,750.00 | August 4, 2015 | | | $472,513.10 |
| Direct Invoice Payment | ($7,951.90) | | August 5, 2015 | | $480,465.00 |
| Direct Invoice Payment | ($17,750.00) | | August 5, 2015 | | $498,215.00 |
| Invoice | $421,642.20 | August 6, 2015 | | | $76,572.80 |
| Direct Invoice Payment | ($421,642.20) | | August 7, 2015 | | $498,215.00 |
| Invoice | $3,225.00 | August 7, 2015 | | | $494,990.00 |
| Invoice | $10,445.00 | August 10, 2015 | | | $484,545.00 |
| Invoice | $2,440.00 | August 10, 2015 | | | $482,105.00 |
| Invoice | $10,500.00 | August 10, 2015 | | | $471,605.00 |
| Direct Invoice Payment | ($1,785.00) | | August 10, 2015 | | $473,390.00 |
| Direct Invoice Payment | ($3,225.00) | | August 10, 2015 | | $476,615.00 |
| Direct Invoice Payment | ($10,445.00) | | August 10, 2015 | | $487,060.00 |
| Direct Invoice Payment | ($2,440.00) | | August 10, 2015 | | $489,500.00 |
| Direct Invoice Payment | ($10,500.00) | | August 10, 2015 | | $500,000.00 |
| Invoice | $101,233.97 | August 11, 2015 | | | $398,766.03 |
| Retainer Reduction | ($101,233.97) | | August 11, 2015 | | $398,766.03 |
| Invoices | $110,335.00 | August 12, 2015 | | | $288,431.03 |
| Retainer Reductions | ($110,335.00) | | August 12, 2015 | | $288,431.03 |
| Invoices on or after the Petition Date for legal services rendered before the Petition Date | $25,248.90 | On or after August 13, 2015 | | | $263,182.13 |
| Retainer Reductions on or after the Petition Date for legal services rendered before the Petition Date | (25,248.90) | | On or after August 13, 2015 | | $263,182.13 |

16.    As of the Petition Date, the Debtors do not owe Baker Botts any amounts for legal

services rendered before the Petition Date.  Pursuant to Bankruptcy Rule 2016(b), Baker Botts

has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Baker Botts or (b) any compensation another person or party has received or may receive.

### BAKER BOTTS' DISINTERESTEDNESS

17.     Baker Botts maintains a sophisticated computer database of all matters in which Baker Botts is involved for the specific purpose of ensuring that it does not engage in activities prohibited by applicable rules of professional responsibility and to assist it in avoiding conflicts of interest.  Additionally, Baker Botts regularly communicates to its attorney's information with respect to new matters undertaken by Baker Botts.  This practice assists Baker Botts in its ongoing efforts to avoid conflicts of interest in the representations it accepts.

18.     In connection with its proposed retention by the Debtors in these chapter 11 cases, the Debtors, or their professionals, delivered approximately 500 names of potential parties in interest (the "Potential Parties in Interest").  Those approximately 500 names are divided into the following seventeen groups listed by category in Exhibits (1)(a)–(p):[5]

| Schedule | Category |
|----------|----------|
| 1(a) | Bankruptcy Judges |
| 1(b) | Lenders |
| 1(c) | Bondholders |
| 1(d) | Equity Holders |
| 1(e) | Customers |
| 1(f) | Landlords |
| 1(g) | Letter of Credit Issuers |
| 1(h) | Directors and Officers |
| 1(i) | Insurance Carriers and Brokers |
| 1(j) | Known Affiliates |
| 1(k) | Professional Firms |
| 1(l) | Litigation Counterparties |
| 1(m) | Government/Regulatory |
| 1(n) | Taxing Authorities |

---

[5] The information listed on Schedule 1 may have changed in the days leading up to the bankruptcy filing and may change during the pendency of these chapter 11 cases.  Accordingly, Baker Botts will update this Declaration as necessary and when Baker Botts becomes aware of additional material information.

| 1(o) | Utilities |
|---|---|
| 1(p) | Significant Vendors |
| 1(q) | Lists of the creditors from the foregoing list that constitute the thirty-five largest unsecured creditors (which includes the indenture trustees for the Debtors' various bond issuances - as opposed to actual beneficial holders of the bonds). |

19.    Baker Botts searched its electronic database[6] for its connections to these entities to determine whether it had any conflicts or other relationships with these entities that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  To the extent that I have been able to ascertain that Baker Botts has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on Schedule 2 attached hereto.[7]

20.    Based on the conflicts search, to the best of my knowledge, neither I, Baker Botts, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or any other parties in interest, or their respective professionals, except as disclosed or otherwise described herein.  To the best of my knowledge, (a) Baker Botts is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Baker Botts has no connection to the

---

[6] In searching the Firm's electronic database, some of the companies whose names were used may have had multiple affiliates for which Baker Botts may have done unrelated work.  We conducted a separate search for the parents of such companies, but did not separately search other affiliated companies.  However, our database is organized in such a way that we should be alerted to pertinent information regarding a related name.  Moreover, in some instances, our search revealed that the name we were checking (1) is an interested party in an unrelated matter in which Baker Botts represents or represented another party (*e.g.*, a defendant or co-defendant in unrelated litigation); (2) pays or paid fees on behalf of clients of Baker Botts (in an unrelated matter); (3) was connected to a file(s) that had been closed for years.  Baker Botts' inclusion of parties in Schedules 1 and 2 is solely to illustrate Baker Botts' conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

[7] Schedule 2 does not include parties in interest listed on Schedule 1 if Baker Botts' only connection is that a current Baker Botts attorney or paraprofessional represented that entity while at a former law firm.  However, to the best of Baker Botts' knowledge, such representations were unrelated to these Debtors.

Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

21.     Generally, it is Baker Botts' policy to disclose clients in the capacity that they first appear in a conflicts search.  For example, if a client already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the client appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Baker Botts does not disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

22.     Baker Botts is a large law firm with hundreds of attorneys.  Consequently, Baker Botts may have "connections" with many of the attorneys and other professionals involved in these chapter 11 cases.  Baker Botts may have referred matters to professionals involved in these chapter 11 cases and it may have been referred to matters by such parties.  Baker Botts may represent or have, from time to time, represented one or more of the professionals involved in these chapter 11 cases.

23.     Certain insurance companies pay the legal bills of Baker Botts clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Baker Botts clients as a result of the fact that they pay legal fees on behalf of Baker Botts clients.

24.     For the avoidance of doubt, Baker Botts will not commence a cause of action in these chapter 11 cases against parties identified as a current client on Schedule 2 (including parties listed below under the "Specific Disclosures" section of this Declaration) unless Baker Botts has an applicable waiver on file or first receives a waiver from such party allowing Baker Botts to commence such an action.  To the extent that a waiver does not exist or is not obtained

from such client and it is necessary for the Debtors to commence an action against that client, the Debtors will be represented in such particular matter by conflicts counsel.

26.       Baker Botts will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Baker Botts will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## SPECIFIC DISCLOSURES

26.       As specifically set forth below and in the attached exhibits, Baker Botts represents certain of the Debtors' creditors, customers, utility providers, insurance providers, or other parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Baker Botts is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

27.       Baker Botts has represented all of the members of the corporate family of lead Debtor Hercules Offshore, Inc. including a significant number of foreign non-debtor affiliates set forth as "Known Affiliates" on Schedule 1(i).  These non-debtor affiliates have a unity of interest with the Debtors in respect of the Chapter 11 Cases.  I understand that, as the Debtors and their non-debtor foreign affiliates have prepared historical financial statements on a consolidated basis material intercompany claims do not exist between them to be reconciled.  In addition, on account of the terms of the Plan and the exit financing contemplated thereby, the non-debtor

affiliates will not have claims against the Debtors on account of, in connection with, or as a result of these Chapter 11 Cases.

28.    In addition, Baker Botts represented a number of the Debtors' officers and directors along with Debtor Hercules Offshore, Inc., in connection with a "say or pay" derivative lawsuit brought in the United States District Court for the District of Delaware that was dismissed in 2013.  The individuals represented included Thomas Amonett, Thomas R. Bates, Jr., Terrell L. Carr, Troy L. Carson, Thomas M. Hamilton, Thomas J. Madonna, F. Gardner Parker, Thierry Pilenko, John T. Rynd, and Steven A. Webster.

29.    A number of financial institutions appear to serve as holders of the Debtors' unsecured notes for multiple accounts of unidentified hedge funds.  Accordingly, Baker Botts and the Debtors cannot determine who the ultimate beneficial holders are.  The financial institutions themselves do not appear to be the ultimate beneficial owners of the notes, but only serve as intermediaries.  These institutions include Barclays Capital, Credit Suisse Securities (USA) LLC, Deutsche Bank (London Branch), Deutsche Bank Securities Inc., Deutsche Post Bank AG and Morgan Stanley.  In view of their apparent role as intermediaries on behalf of other holders, the role of these institutions does not adversely affect the disinterestedness of Baker Botts although they are clients of the firm with respect to unrelated matters.

30.    Finally, certain interrelationships exist among the Debtors.  Baker Botts recognizes that there may be potential conflicts inherent in its concurrent representation of the Debtors.  Nonetheless, Baker Botts believes that such potential conflicts are non-material for practical purposes and that the Debtors' interests and strategies are fundamentally aligned for purposes of receiving bankruptcy-related advice.  Therefore, it is to the Debtors' advantage to

collectively employ Baker Botts as bankruptcy counsel for both economic and administrative efficiency.

31.     Notwithstanding the foregoing, Baker Botts' joint representation of the Debtors will be limited to those matters in which the Debtors' interests are aligned on all material issues. If the Debtors' interests should become materially adverse with respect to any issue, then Baker Botts will recommend to the Debtors that one or more of them retain separate counsel with respect to that issue and, upon such recommendation, one or more Debtors will seek Court approval to retain independent counsel for such matter as appropriate.

### AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS

32.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Baker Botts is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Baker Botts has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 4, 2015

Respectfully submitted,

Name:  Emanuel C. Grillo
Title:   Partner, Baker Botts L.L.P.

**EXHIBIT B-2**
**Timekeeper Billing Rates for <u>In re Hercules Offshore, Inc.</u>**

| Category | Name | 2015 Rate |
|---|---|---|
| Partner | Fowler, Rob | $850.00 |
| | Grillo, Emanuel C. | $1,050.00 |
| | Emmons, David | $950.00 |
| | Prince, Jim | $850.00 |
| | Mandell, Josh | $700.00 |
| | McDowell, Luckey | $750.00 |
| | Murray Jr., Robert | $1,050.00 |
| | Weedon, Luke | $800.00 |
| | Winwood, Eric | $750.00 |
| Special Counsel | Alaniz, Omar J. | $625.00 |
| Associate | Coleman, Sarah | $350.00 |
| | Culpepper, Clint | $450.00 |
| | Davis, Chad | $450.00 |
| | Everett, Grant | $600.00 |
| | Finelli, Jon | $650.00 |
| | Gilstrap, Meggie | $525.00 |
| | Huertas, Jaime | $575.00 |
| | Morris, David | $525.00 |
| | Newcomb, Chris | $575.00 |
| | Thomison, Andrew | $600.00 |
| | Uthoff, Brittany | $575.00 |
| Paralegal | Fontenla, Rory M. | $275.00 |

| | Jacobs, Sabrina | $250.00 |
| | Jones, Sara | $250.00 |

**SCHEDULE 1**

**<u>Schedule 1(a)</u>**

**Bankruptcy Judges**

Kevin J. Carey
Kevin Gross
Brendan L. Shannon
Laurie Selber Silverstein
Christopher S. Sontchi
Mary F. Walrath

## **Schedule 1(b)**

**Lenders**

Amegy Bank of Texas, N.A.
Bancolombia
Capital One Bank
Citibank
Comerica Bank
DNB Bank ASA
HSBC
ING Bank
Standard Chartered
State Bank of India
United Bank for Africa
General Electric Capital Corporation

**Schedule 1(c)**

**Bondholders**

Aberdeen Asset Management
Alfred Berg Fondsmæglerselskab A/S
Allianz Global Investors Capital LLC
Ally Financial Inc
Asset Allocation & Management Co LLC (AAM)
Aurora Investment Management
Avenue Capital Management II LP
AXA Equitable Life Insurance Company
Babson Capital Management LLC
BlackRock Financial Management Inc (Fixed-Income)
Blackstone Group
Blue Cross Blue Shield of Michigan
BNP Paribas Investment Partners (Belgium)
Bowery Investment Management LLC
Brookfield Asset Management
CALSTRS
Calvert Investment Management Inc
Caspian Capital Management LLC
Caywood-Scholl Capital Management LLC
CIBC Asset Management Inc
Conning Asset Management
Crescent Capital Group
Cresent Capital
Delaware Investments
Delphi Capital Management Inc
Desjardins Global Asset Management Inc
Doscher Bond
DRW Securities LLC
Eastspring Investments Limited
Eclectica Asset Management LLP
Elliott Management Corporation
Euroclear Bank SA
Euromobiliare Asset Management SGR S.p.A.
Fidelity Management & Research Company
Fideuram Asset Management (Ireland) Limited
Franklin Square Capital Partners
Franklin Templeton Investments
FundQuest France

General Re-New England Asset Management Inc
GIA Partners
GLG Partners Investment Funds
Global Investment Advisors
Goff Capital Partners LP
Guggenheim Investment Management LLC
Harris Investment Management
Hartford Investment Management Company (HIMCO)
HSBC Bank PLC IFS
Industrial Alliance Investment Management Inc
ING Financial Markets - Fixed Income
J.P. Morgan Asset Management Inc
JPMorgan Securities - Fixed Income
Kansas City Life Insurance Co
KDP Investment Advisors
Kingsland Capital
Lazard Asset Management LLC
LGT Capital Management
Logan Circle Partners LP
Loomis, Sayles & Company LP
Lord, Abbett & Co LLC
Marco Consulting Group
Merrill Lynch - Fixed Income
Mizuho Asset Management Co Ltd
Monegy Inc
Newfleet Asset Management LLC
Nicholas Company
NOBO & Retail Accounts
Nomura Corporate Research & Asset Management Incorporated
Nomura Securities - Fixed Income
Nuveen Asset Management LLC
OakTree Capital Management LP
Old National Trust & Investment Management
Oppenheimer Investment Management LLC
Paradigm Asset Management Co Ltd
Pax World Management LLC
PEAK6 Advisors LLC

PENN Capital Management Company, Inc
Pevide C.V.
Phoenix Investment Advisors
Picton Mahoney Asset Management
Pinnacol Assurance Company
Pioneer Investment Management Inc
PPM America Inc
Prime Advisors Inc
Principal Global Investors LLC
Prudential Investment Management-Fixed
Income (PIM Fixed Income)
Putnam Investment Management LLC
R2 Investments LDC
Rogge Global Partners
Russell Investments
SEI Investments Management Corporation
State of South Dakota
State Street Global Advisors (SSgA)
Susquehanna Capital Group
Swiss & Global Asset Management AG
SYZ Asset Management SA
T. Rowe Price Associates
TCW Asset Management Co (TAMCO)
Third Avenue Management LLC
Thompson, Siegel & Walmsley LLC
UBS Global Asset Management (Australia)
Ltd
Unidentified Hedge Fund Positions
(Barclays Capital)
Unidentified Hedge Fund Positions
(Citigroup)
Unidentified Hedge Fund Positions (Credit
Suisse)
Unidentified Hedge Fund Positions
(Deutsche Bank)
Unidentified Hedge Fund Positions
(Goldman Sachs)
Unidentified Hedge Fund Positions
(JPMorgan Clearing)
Wellington Management Co LLP
Western Asset Management Co (WAMCO)
White Mountains Advisors LLC
Wilfred Aubrey LLC
Wolverine Asset Management
UBS Securities - Fixed Income

Unidentified Hedge Fund Positions (Morgan
Stanley)
Norman Selection Fund
Unidentified Hedge Fund Positions (UBS
Securities)
Ohio PERS
Steamboat Capital Partners
TPH Asset Management
Leader Capital Corp
Undiscovered Value Master Fund
SGAS Scarlet Omega Limited
American Beacon Advisors Inc
Santander Investments
DDJ Capital Management LLC
Neuberger Berman Fixed Income LLC
CornerCap Investment Counsel Inc
Munder Capital Management
Vanguard Group Inc, The
American Century Investment Management
Inc
U.S. Bank National Association
The Bank of New York Trust Company,
National Association

## __Schedule 1(d)__

## Equity Holders

Dimensional Fund Advisors LP
BlackRock, Inc.

**<u>Schedule 1(e)</u>**

**Customers**

Afren PLC
Arena Offshore, LP
Chevron U.S.A. Inc.
ENI Gabon S.A.
Linder Oil Company
Maersk Oil & Gas
Saudi Arabian Oil Company (ARAMCO)
Tana Exploration Company, LLC

## **Schedule 1(f)**

### **Landlords**

Cousins Properties
Eddward E. Wright

## **Schedule 1(g)**

### **Letter of Credit Issuers**

Amegy Bank

**Schedule 1(h)**

**Directors and Officers**

Thomas N. Amonett
Susan V. Baer
Thomas R. Bates, Jr.
Cecil H. Bowden
Terrell L. Carr
Troy L. Carson
William T. Gordon
Shannon P. Guidry
Thomas M. Hamilton
Michael D. Howard
W. Brad James
Charles A. Lestage
Thomas J. Madonna
Richard E. McClaine
Craig M. Muirhead
Jaideep S. Nakai
F. Gardner Parker
Todd Pellegrin
Thierry Pilenko
Kimberly A. Riddle
John T. Rynd
Beau M. Thompson
Lawrence Uter
Son P. Vann
John F. Wasmuth
Steven A. Webster

**Schedule 1(i)**

**Insurance Carriers and Brokers**

ACE American Insurance Company
ANV Syndicate 1861
Arch Insurance Company Through Signal Administration, Inc.
Assuranceforeningen Skuld (Gjensidig), Skuld Mutual Protection & Indemnity Association (Bermuda) Ltd.
Assurances Et Reassurances Du Congo (A.R.C)
Burnett & Co., Inc. On behalf of Lloyd's Syndicate 1036
Hartford Lloyds Insurance Company
IR Underwriting Services, Inc. On behalf of Sirius Synd
Lloyd's of London and London Companies
National Union Fire Insurance Company of Pittsburgh, PA
New York Marine and General Ins. Co. through ProSight Specialty Mgmt.
SafeShore from Signal Mutual
St. Paul Fire & Marine Insurance Company  Through Travelers
StarNet Insurance Company a W.R. Berkley Company
Starr Indemnity & Liability Company through Safe Harbor Pollution Insurance
Starr Indemnity & Liability Company through Starr Marine Agency, Inc
Swiss Re International Se, (Zurich Office)
Talbot Underwriting Services (US) Ltd. On behalf of Talbot Underwriting Ltd
Newman Martin and Buchan LLP
Lockton

**Schedule 1(j)**

**Known Affiliates**

Cliffs Drilling (Barbados) Holdings SRL
Cliffs Drilling (Barbados) SRL
Cliffs Drilling Company
Cliffs Drilling Trinidad L.L.C.
Cliffs Drilling Trinidad Offshore Limited
Discovery Offshore (Gibraltar) Limited
Discovery Offshore Drilling UK Ltd.
Discovery Offshore Sarl
Discovery Offshore Services Ltd.
FDT Holdings LLC
FDT LLC
Hercules Britannia Holdings Limited
Hercules British Offshore Limited
Hercules Discovery Ltd.
Hercules Drilling Company, LLC
Hercules International Drilling Ltd.
Hercules International Holdings, Ltd.
Hercules International Management Company Ltd.
Hercules International Offshore, Ltd.
Hercules Liftboat Company, LLC
Hercules North Sea Driller Limited
Hercules North Sea Ltd.
Hercules Offshore (Nigeria) Limited
Hercules Offshore Arabia, Ltd.
Hercules Offshore Holdings Ltd.
Hercules Offshore International, LLC
Hercules Offshore Labuan Corporation
Hercules Offshore Liftboat Company LLC
Hercules Offshore Middle East Ltd.
Hercules Offshore Services LLC
Hercules Offshore UK Limited
Hercules Offshore, Inc.
Hercules Oilfield Services Ltd.
Hercules Tanjung Asia Sdn. Bhd.
HERO Holdings, Inc.
HERO Offshore de Mexico, S. de R.L. de C.V.
SD Drilling LLC
THE Offshore Drilling Company
THE Onshore Drilling Company
TODCO Americas Inc.
TODCO International Inc.
TODCO Trinidad Ltd.

## **Schedule 1(k)**

### **Professional Firms**

Akin Gump Strauss Hauer & Feld
Andrews Kurth
Blackstone
Kurtzman Carson Consultants ( KCC )
Lazard
Morris, Nichols, Arsht & Tunnell LLP
Prime Clerk

<u>**Schedule 1(l)**</u>

**Litigation Counterparties**

Alatari (Akassa) Fishing Co-Operative
Alexander, Betty on behalf of Joseph Alexander (deceased)
All Coast, LLC
Anders, Cedric
Applied Drilling Technology, Inc.
ARAMARK U.S. Offshore Services, LLC
Arceneaux, Sr., Allen Brian
Aries Marine Corporation
Axon Energy Products AS
Axon Pressure Products, Inc.
AXON, EP, Inc.
Bayou Caddy Fisheries, Inc.
Beard, Earnie
Bell, Lance
Blue Marlin Services of Acadiana, LLC
Broom, Michael
CAD Control Systems, Inc.
Cameron International Corporation
Candy Fleet, LLC
Case, Terry
Coastal Catering, Inc.
Coastal Logistics
Coastal Marine Contractors
Colvin, Robert
Conerly, Chauncey
Coral Marine Services, LLC
Cotlong, Dwayne
Cure, Michael D.
Currence, Jr., Richard M.
Derouen, Jason
Donnelly, Jack
Douglas, Eric
Ducksworth, Dwight
EPL of Louisiana, LLC & EPL Oil & Gas, Inc.
EPL Oil & Gas, Inc.
Erp, Matthew
Ferris, Joshua D.
Ferry Antigone, LLC
Ferry Holding Corporation
Ferry Holding, LLC

First Mercury Insurance Company
Flores, Joshua
Frances, Jr., Joseph
Francis, Joseph
Frich, Dan J.
Gedward, Lincoln
Harrington, Brandy
Harris, Erica
Hicks, Bryce Daniel
International Construction Group, LLC
International Marine, LLC
International Pipeliner, LLC
International Shipyard, LLC
Jacob, Chadwick
Jones, Douglas
Jordan, Ervin
Joubran, Robert
Kaden Marine
Kalawski, Eva
Kendall Law Group LLP
Kibodeaux, Adam Lee
Kimbro, III, Bernard Terrell
L&M Botruc Rental, Inc.
Lacaze, Paul
Lollo, Fracis
Maxum Indemnity Company
McGinnis, Olden
Montgomery, Daniel
Mouton, Audwin
Myers, Garrard
National Oilwell Varco, LP
National Union Fire Insurance of Pittsburgh, PA
Parker, Nathan
Patrick, Joe
Patterson, Ryan
Pearl River Fisheries of Louisiana, LLC
Peavy, William
Perez, Johnathan
Pertroleum Engineers, Inc.
Peters, Robert
Pierre, Paul

Pittman, David
Platinum Equity Advisors, LLC
Platinum Equity Capital Ferry Partners I, L.P.
Platinum Equity Capital Ferry Partners II, L.P.
Platinum Equity Capital Partners-A II, L.P.
Platinum Equity Capital Partners-PF II, L.P.
Platinum Equity Investment Holdings II, LLC
Platinum Equity Investment Holdings, LLC
Platinum Equity Partners II, LLC
Platinum Equity, LLC
Rentrop Tugs
Ryan, Douglas R.
Safety Management Systems, LLC
Schlumberger Technology Corporation
Sharrock, Kirk
Shea, Owen
Sherwood, Gerald Wayne
Shultz, Syrelle W.
Sigler, Mary Ann
Skinner, Richard
Spencer, Glensirres
Steadfast Insurance Company
Steele, Sr., Kelly B.
Stephens, Harley
Sun Boats, Inc.
Thomas, Denetra
Thompson, Michael F.
Tillman, George True
Use, Billy J.
Villarreal, Rafael
Voisin, Denis
Walloch, Dawn
Walter Oil & Gas Corporation
Ward, Sally A.
Warner, Donald Ray
Washburn Marine
Whitney Group, LLC
Wilcher, Barry
Williams Properties, LLC
Williams, Stephen J.
WMW, LLC
Y&S Marine, Inc.
Young, Germaine

Zollo, Stephen

## Schedule 1(m)

### Government/Regulatory

Alabama Office Of The State Treasurer
American Bureau of Shipping
Bureau Of Ocean Energy Management
Bureau Of Safety And Environmental Enforcement
Environmental Protection Agency
Federal Communications Commission
LISCR LLC
Louisiana State Treasurer
Mississippi Office Of The State Treasurer
Occupational Safety & Health Administration
Office Of The Indiana Attorney General
Oklahoma State Treasurer
United States Coast Guard
United States Environmental Protection Agency
Unites States Maritime Administration
US Coast Guard

## Schedule 1(n)

## Taxing Authorities

Brazos County Appraisal District
Federal Inland Revenue Services - Nigeria
Fort Bend County Appraisal District
Harris County Appraisal District
Iberia Parish Assessor's Office
India Tax Department
Inland Revenue Authority of Singapore
Internal Revenue Service
Jackson County Assessor's Office
Jefferson Davis Parish Assessor's Office
Jefferson Davis Parish School Board
Jefferson Parish Assessor's Office
Lafayette Parish Assessor's Office
LaFourche Parish Assessor's Office
Louisiana Department of Revenue
Ministry of Finance - Kuwait
Ministry of Finance - Qatar
Ministry of Finance - Saudi Arabia
Parish of Iberia
Parish of Jefferson
Parish of Lafayette
Parish of Lafourche - Sales Tax
Parish of Plaquemines
Parish of St Mary
Parish of St. Martin
Parish of Terrebonne
Plaquemines Parish Assessor
St. Charles Parish School Board
St. Martin Parish Assessor
St. Mary Parish Assessor's Office
St. Tammany Parish Assessor's Office
State of Delaware
Terrebonne Parish Assessor's Office
Texas Comptroller of Public Accounts
Texas State Comptroller
Waller County Appraisal District

**<u>Schedule 1(o)</u>**

**Utilities**

AT&T Corp
AT&T Mobility
AT&T/BellSouth Communications, Inc.
AT&T/Southwestern Bell Telephone Company
Blue Water Rubber & Gasket Co.
C Port/Stone LLC
Consolidated Waterworks District No. 1
Directv
Dugas Oil Company Inc
Martin Energy Services, LLC
Phonoscope Cable
RH Communications
Rignet
Shred-It USA, Inc.
Sprint Spectrum, LP
Terrebonne Parish Consolidated Government
TW Telecom
Waste Management of South Louisiana

## Schedule 1(p)

### Vendors

ACE IT Consulting and Facilitation LLC
Action Specialties, L.L.C.
Alexander/Ryan Marine Group Safety
Allendorph Specialties Inc.
Andrews Kurth LLP
Axon Pressure Products
Baker & McKenzie Sociedad Civil
Behavior Change Consultants, LLC
Bland & Partners
Bradford Marine Services LLC
C&G Boats, Inc.
C Port/Stone LLC
Cameron (Site Le Tourneau)
Central Dispatch, Inc.
Charter Supply Company
Computex, Inc.
Crystal Offshore Pte Ltd
Deloitte Tax LLP
Eagle's Flight of America, Inc.
Gj Land & Marine Food Distributors Inc.
Gulf Agency Co. Bahrain
Hiller Offshore Services Inc
Houma Armature Works & Supply
JAD CATERING SERVICES LIMITED
Jason Crowe
Kennedy Wire Rope & Sling Co.
King & Spalding LLP
Lewis-Goetz & Company
Louisiana CAT
LHR Service & Equip., Inc.
Lloyd's Register EMEA
Loadmaster Derrick & Equipment
Mantrac Nigeria Limited
Martin Energy Services, LLC
Martin Holdings, LLC
MCM Oil Tools
National Oilwell Varco Pte Ltd
NEXCO Engineering Services
Nssl Global Ltd
OES Oilfield Services (USA), Inc.
Offshore Equipment Solutions
Offshore International Mgt Pvt
Offshore Specialty Fabricators

Oilfield Instrumentation USA
Pearl Meyer & Partners
Rignet Inc.
Rignet UK Limited
Safety Management Systems
Salesforce.com, Inc.
Seatrax, Inc.
Steptoe & Johnson, LLP
Superior Supply & Steel, Inc.
Sutherland Asbill & Brennan LLP
Total Safety LLC
TxFab LLC
Vetco Gray Pte. Ltd
WKW Financial Advisors

**<u>Schedule 1(q)</u>**

**Top 35 Creditors**

U.S. Bank National Association, as Trustee
The Bank of New York Trust Company, National Association, as Indenture Trustee
Crosby Tugs, LLC
Safety Management Systems
Gj Land & Marine Food Distributors Inc.
RigNet Inc
Reliable Engine Services
Offshore Equipment Solutions
NEXCO Engineering Services
National Oilwell Varco Pte Ltd
Kennedy Wire Rope & Sling Co.
C&G Boats, Inc.
JAD Catering Services Limited
Action Specialties, L.L.C.
Oilfield Instrumentation USA
Inquest, Inc.
Central Dispatch, Inc.
DNOW L.P.
Charter Supply Company
Alexander/Ryan Marine Group Safety
RigNet Uk Limited
Eagle's Flight of America, Inc.
Chandra Shipping & Trading Services
Loadmaster Derrick & Equipment Inc.
LHR Service & Equipment, Inc.
Allendorph Specialties Inc.
NOV Rig Solutions Pte Ltd
Intels Nigeria Limited
Axon Pressure Products
Martin Energy Services, LLC
Seatrax, Inc.

## Schedule 2

**Current Clients or Affiliates Thereof**

American Bureau of Shipping
American International Group
Andrews & Kurth
AT&T, Inc.
Babson Capital Management
Bank of America - Merrill Lynch
Cameron International Corp.
Comerica Bank
Direct TV
DNB Banka ASA
Goldman Sachs & Co.
Hartford Financial Services Group
HSBC Bank USA, NA
ING Bank & ING Financial Markets
JP Morgan Securities
Lazard Freres & Co.
Martin Energy Services, LLC
Putnam Funds
Shred-It USA
St. Paul Fire & Marine Ins. Co.
The Carlyle Group & TCW Asset Management
The Prudential Insurance Company of America
The State of  Texas
TW Telecom/Level 3 Communications, Inc.
UBS Securities LLC