IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HERCULES OFFSHORE, INC., *et al.* | ) Case No. 15-11685 (KJC) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors.¹ | ) Re D.I. *124, 164* |
| | ) |

## ORDER GRANTING MOTION TO APPROVE FDT LLC SETTLEMENT AGREEMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND SECTION 105(A) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion")² pursuant to Rule 9019 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 105(a) of title 11 of the

United States Code (the "Bankruptcy Code") approving the following FDT LLC Settlement

Agreements: (i) Confidential Settlement and Release Agreement executed on August 5, 2015

(the "Global Settlement Agreement"); (ii) the Agreement between Stephen M. Valdes ("Valdes")

and Delta executed on July 29, 2015 and the First Amendment to Agreement ("First

Amendment") executed on August 6, 2015 (collectively, the "Valdes Agreements"); and (iii) the

Confidential Settlement and Release Agreement By and Between Delta and the Williams Group

dated August 5, 2015 (the "Williams Agreement") (collectively, the Global Settlement

Agreement, the Valdes Agreements and the Williams Agreement are herein referred to as the

"Settlement Agreements"), filed under seal as **Exhibits B, C and D**, respectively; and the Court

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Liftboat Company, LLC (0791); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (6326). The Debtors' corporate headquarters is located at 9 Greenway Plaza, Suite 2200, Houston, Texas 77046.

² Capitalized terms not defined herein shall have the meaning attributed in the Motion.

having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application being having been provided and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Settlement Agreements are approved.  The Debtors are authorized to take any and all action necessary thereto to effectuate the terms of the Settlement Agreements.

3.    The Debtors are authorized to take any steps (with the consent of the Steering Group) as may be required or necessary in order to implement the Settlement Agreements and the transactions contemplated thereby.

4.    Entry of this Order shall satisfy the Bankruptcy Approval requirement of the Settlement Agreements, as defined therein.

5.    This Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: _____Sept. 22_____, 2015

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE